

DAVID N. BARRY, ESQ. (SBN 219230)
Email: dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, PATRICIA MCCARTHY

SOHEYL TAHSILDOOST, ESQ.
THETA LAW FIRM, LLP
15901 Hawthorne Boulevard, Suite 270
Lawndale, CA 90260
Telephone: 424.297.3103
Facsimile: 424.286.2244

Attorneys for Defendant, MERCEDES-BENZ USA LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICIA MCCARTHY, an individual, | Case No. 5:20-cv-01910-CJC-SHK |
|  | (Removed from Riverside Superior Court Case No. RIC2002619) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | **Action Filed: July 10, 2020**<br>**Trial Date: None** |
| Defendants. | District Judge: Cormac J. Carney |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Patricia McCarthy and Defendant MERCEDES-BENZ USA LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: August 11, 2021                **THE BARRY LAW FIRM**


By: /s/ *David N. Barry*
David Barry, Esq.
Attorney for Plaintiff, PATRICIA MCCARTHY


Dated: August 11, 2021                THETA LAW FIRM, LLP


By: /s/ *Soheyl Tahsildoost*
Soheyl Tahsildoost, Esq.
Attorneys for Defendant, MERCEDES-BENZ USA LLC

2

JOINT NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David N. Barry

**CERTIFICATE OF SERVICE**